# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Kalace Eagle, | ) | Case No. 1:21-cr-168 |
| | ) | |
| Defendant. | ) | |

On March 15, 2022, the court issued an order directing the Clerk's office to issue an arrest warrant for defendant. The court was subsequently advised that defendant has surrendered to the United States Marshal and is presently in custody. Accordingly, the court **QUASHES** the arrest warrant issued for defendant. Defendant shall remain in custody pending further order.

**IT IS SO ORDERED.**

Dated this 15th day of March, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court