IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **AMENDED ORDER GRANTING** |
| | ) | **MOTION FOR RELEASE** |
| vs. | ) | |
| | ) | |
| Kalace Eagle, | ) | Case No. 1:21-cr-168 |
| | ) | |
| Defendant. | ) | |

Defendant is presently in Marshals Service custody at the Burleigh Morton Detention Center in Bismarck, North Dakota. On March 16, 2022, she filed a motion requesting to be released from custody so that she can travel to and participate in an inpatient treatment program at Sharehouse in Grand Forks, North Dakota. (Doc. No. 76). She advises that her mother, Candace Crow Ghost, can transport her to Sharehouse.

The court **GRANTS** defendant's motion (Doc. No. 76). Defendant shall be released to Candace Crow Ghost no earlier than 8:00 AM on March 21, 2022, for immediate transport to Sharehouse in Grand Forks. While on release, defendant shall comply with the following conditions:

(1) Defendant shall not violate federal, state, tribal, or local law while on release.

(2) Defendant shall appear in court as required and surrender for any sentence imposed.

(3) Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.

(4) Defendant shall refrain from the use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute,

unless prescribed by a licensed medical practitioner, and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection progress or specimen may be considered the same as a positive test.

(5)  Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(6)  Defendant shall reside at Sharehouse, fully participate in its programming, and comply with all of its rules and regulations. Upon her arrival, she shall contact Pretrial Services Officer Meghan Nelson at (701) 297-7367.

(7)  Defendant shall sign all releases of information requested by the Pretrial Services Officer so that her progress and participation in treatment may be monitored.

(8)  Defendant shall submit her person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of pretrial release. Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition.

(9)  Defendant shall not knowingly or intentionally have any direct or indirect contact with any co-defendants, except that counsel for the defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of the defendant's legal defense.

(10) At least four days prior to the completion of her treatment program, defendant shall

contact the Pretrial Services Office so that it may evaluate the appropriateness of any proposed living arrangements. Upon her discharge from the treatment program, defendant shall reside at an address approved by the Pretrial Services Office and not change this address without the Pretrial Services Office's permission. If the Pretrial Services Office determines that defendant is in need of a placement in a residential facility, defendant shall report to the designated facility as directed and comply with the facility's rules and regulations. If defendant does not have living arrangements approved by the Pretrial Services and if a residential facility is not available, she shall report the United States Marshal's office in Fargo with the understanding that she shall be detained pending further order of the court.

**IT IS SO ORDERED**.

Dated this 18th day of March, 2022.

<i>/s/ Clare R. Hochhalter</i><br>
Clare R. Hochhalter, Magistrate Judge<br>
United States District Court